IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**EDWARD RENE SANZ**                                            **PETITIONER**

**V.**                      **CIVIL ACTION NO. 5:06cv173-DCB-MTP**

**CONSTANCE REESE, Warden**                          **RESPONDENT**

### **FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion [--] issued on September 12, 2007, and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as to the jurisdictional issue only, and without prejudice in all other respects.

SO ORDERED AND ADJUDGED, this the  12th  day of September, 2007.

                                                           s/ David Bramlette
                                                     **UNITED STATES DISTRICT JUDGE**